
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 0 6 2022
TAMMY H. DOWNS, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:22CR 00202 LPR |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| JOHNNY BOWMAN | ) | |

## MOTION TO SEAL INDICTMENT

Pursuant to Rule 6(e)(4), Federal Rules of Criminal Procedure, for the safety of law enforcement agents who will attempt to execute the arrest warrant and to guard against the risk of flight, the United States requests that the above-styled Indictment be sealed until the defendant is in custody or has been released pending trial.

JONATHAN D. ROSS
UNITED STATES ATTORNEY

_____
J. WILLIAM CROW
AR Bar # 2008170
Assistant U. S. Attorney
P.O. Box 1229
Little Rock, AR 72203
Telephone: (501) 340-2600
E-mail: will.crow@usdoj.gov

## ORDER

Pursuant to the above request, the Indictment in this matter shall be sealed until the defendant is in custody or has appeared and been released pending trial.

7/6/22
DATE

_____
UNITED STATE MAGISTRATE JUDGE

1