IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 0 6 2022
TAMMY H. DOWNS, CLERK
By:_____ DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 4:22CR 00202 LPR |
| v. ) | |
| ) | 18 U.S.C. § 922(g)(1) |
| JOHNNY BOWMAN ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.  On or about December 4, 2020, the defendant,

JOHNNY BOWMAN,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year, that is: Possession of Firearms by Certain Persons and Aggravated Assault, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-16-4459.

B.  On or about December 4, 2020, in the Eastern District of Arkansas, the defendant,

JOHNNY BOWMAN,

knowingly possessed, in and affecting commerce, a firearm, that is: a Taurus International Manufacturing, Inc., model PT-111 MILLENNIUM, 9mm Luger semi-automatic pistol bearing serial number TLR87208, in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT 2

A.  On or about January 21, 2021, the defendant,

JOHNNY BOWMAN,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year, that is: Possession of Firearms by Certain

3

Persons and Aggravated Assault, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-16-4459.

B.	On or about January 21, 2021, in the Eastern District of Arkansas, the defendant,

JOHNNY BOWMAN,

knowingly possessed, in and affecting commerce, a firearm, that is: a Glock, model 22, .40 S&W caliber semi-automatic pistol bearing serial number VMB798, in violation of Title 18, United States Code, Section 922(g)(1).

### **FORFEITURE ALLEGATION**

Upon conviction of Count 1 or Count 2 of this Indictment, the defendant, JOHNNY BOWMAN, shall forfeit to the United States under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.