# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

VS.　　　　　　　　　　　　　　　　NO.　4:22-CR-00202 LPR

JOHNNY BOWMAN

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE CUSTODIAL AUTHORITY at the ARKANSAS DEPARTMENT OF CORRECTION VARNER UNIT MAXIMUM and TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF ARKANSAS:

GREETINGS:

　　　　We command that you surrender the body of JOHNNY BOWMAN ADC# 166645 detained in the ARKANSAS DEPARTMENT OF CORRECTION VARNER UNIT MAXIMUM, Gould, AR in your custody, under safe and secure conduct, to the custody of the United States Marshal for the Eastern District of Arkansas, and the said Marshal is directed to produce the body of the Defendant before this Court on August 24, 2022 at 11:00 a.m., before the Honorable J. Thomas Ray, and after the proceedings have been concluded, that you return JOHNNY BOWMAN to ARKANSAS DEPARTMENT OF CORRECTION VARNER UNIT MAXIMUM under safe and secure conduct.

　　　　IN WITNESS WHEREOF, I have set my hand and the seal of said court, this 27 July 2022.

_____
UNITED STATES MAGISTRATE JUDGE