UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 24 2022
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

United States of America

v.   Case No.: 4:22CR00202-01 LPR

Johnny Bowman

## PLEA AND ARRAIGNMENT REPORT

Plea Date: 8/24/2022
Continued Until: _____
Reason for continuance _____

Deft is ✓ is not ____ in custody
____ Deft did not appear
____ Clerk to issue warrant

### COUNSEL

Assistant U. S. Attorney: Stacy Williams for J. William Crow
Defense Counsel: Sonia Fonticiella (Appointed)
Interpreter's Name: _____

### PLEA

TRIAL BEFORE DISTRICT COURT

Not Guilty ✓
Guilty (indicates desire) _____
Nolo Contendere (desire) _____

CONSENTS TO TRIAL BEFORE MAGST.

Not Guilty _____
Guilty _____
Nolo Contendere _____

✓ Demands Trial by Jury

____ Waives Jury Trial
Deft agrees _____
Govt agrees _____

### BAIL

Bail Set at: moot  By: _____  Date: _____
State custody

Bail Changed to: _____  By: _____  Date: _____

Number of Days estimated for Trial: **2 days**
Estimated Trial Date: **9/27/2022 @ 9:30 a.m., before the Honorable Judge Lee P. Rudofsky in Room 1D. All Pretrial Motions to be filed within the time specified within the Pretrial Discovery Order, to be entered forthwith.**

Other: _____

DATE: 8/24/2022

SO ORDERED: /s/ J. Thomas Ray
U. S. MAGISTRATE JUDGE