UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS. NO. 4:22CR00202-01 LPR

JOHNNY BOWMAN

## ORDER

Federal criminal charges pending in the United States District Court for the Eastern District of Arkansas require the appearance of the above-named Defendant for a bond/detention hearing following his posting bond or otherwise arranging terms of release from the custody of the federal, state, county, or local custodial authority (the "custodial authority").

IT IS THEREFORE ORDERED that the U. S. Marshal shall file a Detainer with the appropriate custodial authority which, along with this Order, shall constitute a hold on the above-named Defendant.

IT IS FURTHER ORDERED that, upon notification by the custodial authority that the above-named Defendant has made arrangements for his release on the criminal charges, the United States Marshal shall assume custody of the above-named Defendant and transport Johnny Bowman to the United States District Court for the Eastern District of Arkansas.

IT IS SO ORDERED, this 24th day of August, 2022.

UNITED STATES MAGISTRATE JUDGE

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 24 2022
TAMMY H. DOWNS, CLERK
By: _____, DEP CLERK