AO 442 (Rev. 01/09) Arrest Warrant (ARED rev .2021)

# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas

Received

2022 JUL -8 AM 10:16

United States of America

v.

Johnny Bowman

*Defendant*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 2 5 2022

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

Case No.: 4:22CR00202-01 LPR

# ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Johnny Bowman**

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information   [ ] Complaint
[ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice   [ ] Order of the Court

This offense is briefly described as follows: **Felon in Possession of a Firearm (18 USC 922(g)(1)), as further explained in the attached documents.**

Date: July 7, 2022

*Issuing officer's signature*

City and state: Little Rock, Arkansas

TAMMY H. DOWNS, CLERK
*Printed name and title*

## Return

This warrant was received on *(date)* 7-8-2022, and the person was arrested on *(date)* 8-24-22
at *(city and state)* LR AR

Date: 8-24-22

*Arresting officer's signature*

J. Cave by DItl
*Printed name and title*

WHCAY