UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | No. 4:22-CR-00202- LPR |
| | ) | |
| | ) | |
| JOHNNY BOWMAN | ) | DEFENDANT |

**MOTION TO WITHDRAW AND SUBSTITUE COUNSEL**

COMES NOW, Sonia Eileen Fonticiella, and for her Motion to Withdraw and Substitute Counsel, state:

1. The matter is set for trial on March 28, 2023.

2. Undersigned counsel will no longer be acting in the role as a CJA attorney. The indigent status of Mr. Bowman remains unchanged based on the information known to undersigned counsel.

3. This Motion is brought in consideration of Mr. Bowman's best interests and not for undue delay or any other improper purpose. The ends of justice are served by appointing new counsel.

WHEREFORE Counsel requests that this Motion be granted and for all other just and proper relief to which Mr. Bowman may be entitled.

Respectfully Submitted,

FONTICIELLA LAW, PLLC

By: Sonia Eileen Fonticiella
Bar No. 2011022
Attorney for Defendant
401 West Court Street
Paragould, AR 72450
PH: (870) 205-6050
Email: soniaeileenf@gmail.com

For: Johnny Bowman, Defendant