# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 28 2023
TAMMY H. DOWNS, CLERK
By: _____ DE CLERK

U.S.A. vs. Johnny Bowman             Docket No. 0860 4:22CR00202 LPR

**Petition for Warrant or Summons for Person Under Pretrial Supervision**

**PETITIONING THE COURT**

☒ To Issue a Warrant and Seal this Petition Pending Execution (cc: U.S. Probation and U.S. Marshal only)
☐ To Issue a Summons

     COMES NOW Lesciara Walker, U.S. PROBATION OFFICER, presenting an official report upon the conduct of defendant Johnny Bowman, who was placed under pretrial release supervision by the Honorable Patricia S. Harris sitting in the Court at Little Rock, Arkansas, on December 28, 2022, under the following conditions:

(1)     The defendant must not violate federal, state, or local law while on release.

(2)     The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)     The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)     The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

(5)     The defendant must sign an Appearance Bond, if ordered.

(6)     The defendant is placed in the custody of: Shuntel Ward.

(7)     The defendant must:
(a) submit to supervision and report for supervision to the U.S. Pretrial Services Office telephone number 501-604-5240, no later than as directed by the Pretrial Officer.
(b) continue or actively seek employment.
(g) avoid all contact, directly or indirectly, with any person who is or may become a victim or witness in the investigation or prosecution.
(h) get medical or psychiatric treatment: mental health tx at discretion of pretrial svcs.
(k) not possess a firearm, destructive device, or other weapon.
(l) not use alcohol excessively.
(m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
(n) submit to testing for a prohibited substance if required by the pretrial services office or the supervising officer. Testing may be used with random frequency and may include urine

testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of any prohibited substance screening or testing.
(o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
(s) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including any arrests, questioning, or traffic stops.
(t) maintain regular contact with your attorney no less than every two weeks.

Jury trial May 30, 2023, before the Honorable Lee P. Rudofsky, U.S. District Judge.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Description of apparent violations:** The defendant failed to attend outpatient dual diagnosis treatment session at Family Service Agency on March 2, 2023.

On April 4, 2023, the defendant submitted a urine specimen which tested and confirmed positive for cocaine.

On April 16, 2023, the defendant was pulled over by the Little Rock, Arkansas, Police Department due to a faulty brake light on the vehicle he was operating. Upon being stopped, the defendant promptly exited the vehicle and fled on foot. As a result, a foot chase ensued, during which the defendant leaped over a fence and discarded a firearm that he had in his possession. Although the defendant could not be located, the Little Rock, Arkansas, Police Department successfully retrieved the firearm that he had discarded. Furthermore, 13 grams of marijuana were seized from the vehicle that the defendant was driving by the Little Rock, Arkansas, Police Department. The defendant is charged with Possession of Firearm by Certain Persons (Felony), Fleeing (Misdemeanor), Possession of Drugs (Misdemeanor), and Damage to Civilian Property (Misdemeanor) as documented in Little Rock, Arkansas, Police Department's incident report No. 2023-042536.

**Description of officer's response to address the defendant's conduct:** The defendant was verbally reprimanded for his noncompliance and reinstructed on the conditions of his release. The defendant is currently participating in the most intensive phase of drug testing as well as dual diagnosis outpatient treatment weekly. Staff Training Aimed at Reducing Rearrest (STARR) techniques were utilized to encourage compliance.

A record request revealed no new arrests.

### OFFICER'S RECOMMENDATION:

Based on events that transpired on April 16, 2023, the defendant is a danger to the community as well as a risk of flight. It is recommended that the U.S. Attorney's Office request a warrant and the defendant be brought before the court to show cause why the bond should not be revoked. If a warrant is issued, the U.S. Probation Office requests it be sealed for the safety of the U.S. Marshals

Service and the U.S. Probation Office and copied only to those respective agencies pending warrant execution.

| | |
|---|---|
| **I declare under penalty of perjury that the foregoing is true and correct.** | The U.S. Attorney's Office submits this petition to be filed with Criminal Docketing as a motion. |

*Lesciara Walker*
Lesciara Walker
U.S. Probation Officer

Executed on   April 28, 2023

*C. Dana Harris for Will Crow*
Will Crow
Assistant U.S. Attorney

Executed on   4-28-2023

Approved by:

*Bryce Geissar*
Supervising U.S. Probation Officer

3